| | |
|---|---|
| 1 | CAROLINE D. CIRAOLO |
| 2 | Acting Assistant Attorney General |
| 3 | CHARLES M. DUFFY<br>Trial Attorney, Tax Division |
| 4 | U.S. Department of Justice<br>P.O. Box 683 |
| 5 | Ben Franklin Station<br>Washington, D.C. 20044 |
| 6 | Telephone (202) 307-6406<br>Email:Charles.M.Duffy@usdoj.gov |
| 7 | Western.Taxcivil@usdoj.gov<br>Attorneys for the United States of America |

JOHN S. LEONARDO
United States Attorney
District of Arizona
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>           Plaintiff,                              )<br>                                                       )<br>      v.                                              )<br>                                                       )<br>TODAY.COM, INC.; NATHAN W. )<br>GWILLIAM; DALE R. GWILLIAM; )<br>AND ADOPTION.COM, AN        )<br>ARIZONA PARTNERSHIP         )<br>                                                       )<br>                                                       )<br>           Defendants.                        )<br>                                                       ) | CASE NO. 2:15-CV-00086-DGC<br><br>**UNITED STATES' SUBSTITUTION OF COUNSEL** |

The undersigned Government attorney, Charles M. Duffy, is hereby substituted as counsel for the United States in this matter for Richard A. Schwartz, who recently left the United States Department of Justice. All pleadings, orders and other documents filed in this case should be served on the undersigned.

1 | DATED:     March 3rd, 2015.

                                        CAROLINE D. CIRAOLO
                                        Acting Assistant Attorney General

                                        /s/ Charles M. Duffy
                                        CHARLES M. DUFFY
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044-0683
                                        Telephone:  (202) 307-6406
                                        Fax: (202) 307-0054
                                        Charles. M. Duffy@usdoj.gov

                                        JOHN S. LEONARDO
                                        United States Attorney
                                        District of Arizona
                                        Of Counsel